gument.

No. 04–1527. S. D. WARREN CO. v. MAINE BOARD OF ENVIRONMENTAL PROTECTION ET AL. Sup. Jud. Ct. Me. Certiorari granted limited to Question 1 presented by the petition.

· No. 04–1618. NORTHERN INSURANCE COMPANY OF NEW YORK v. CHATHAM COUNTY, GEORGIA. C. A. 11th Cir. Certiorari granted.

No. 04–1552. FELLERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–1602. HAROLD LEVINSON ASSOCIATES, INC., ET AL. v. CHAO, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 04–1617. MICHIGAN v. BOLDUC. Ct. App. Mich. Certiorari denied.

No. 04–1655. LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION ET AL. v. PACE ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1660. PERRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–1663. RUBBO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1671. LOTT v. EASTERN SHORE CHRISTIAN CENTER ET AL. Sup. Ct. Ala. Certiorari denied.

No. 04–1723. YUEN ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1727. COHEN v. WORLD OMNI FINANCIAL CORP. Cir. Ct. Palm Beach County, Fla. Certiorari denied.